DOUGLAS D. WIRTH, SBN 116962
LAW OFFICES OF STEVEN C. SABBADINI
A PROFESSIONAL CORPORATION
823 NORTH STREET
WOODLAND, CALIFORNIA 95695
Telephone:  (530) 666-3652
Facsimile:  (530) 666-5530
Email:  doug@sabbadinilaw.com

Attorneys for Plaintiff, NU FLOWERS, A California Limited Liability Company

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NU FLOWERS, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>PIONEER HI-BRED INTERNATIONAL, Inc., an Iowa Corporation, and DOES 1 through 50, inclusive,<br><br>    Defendants | Case No.: 2:12-cv-01577-JAM-KJN<br><br>NOTICE OF SETTLEMENT (Rule 160, Local Rules of Court)<br><br>Date:<br><br>Time:<br><br>Location: Courtroom 6, US District Court, 501 I Street, Sacramento, California 95814<br><br>Judge: Honorable John A. Mendez<br><br>Date Action Filed: May 30, 2012<br><br>Date Action Removed: June 8, 2012<br><br>Trial Date: None |

    Plaintiff, NU FLOWERS, LLC, notifies the Court that the above-referenced case settled on June 14, 2012. The settlement is a conditional settlement in which not all terms will be performed until on or after August 1, 2012. Therefore, Plaintiff will submit dispositional documents after that date.

Dated: June 15, 2012

                                          STEVEN C. SABBADINI
                                          A PROFESSIONAL CORPORATION

                                          BY: _____
                                          DOUGLAS D. WIRTH, Attorney for Plaintiff

1